IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

COURTNEY GATHERS,

    Plaintiff,

v.                               CASE NO. 5:16-cv-81-LC-GRJ

ERIC LEE,

    Defendant.

_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 30, 2017. (ECF No. 40.) The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. (See ECF No. 44.)

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion for Summary Judgment, ECF No. 27, is **GRANTED.**

3. Plaintiff's claims against Defendant are **DISMISSED**.

**DONE AND ORDERED** this 9th day of April, 2018.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**